UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>   )<br>vs. )<br>   )<br>JAMES DOUGLAS, )<br>  Defendant. ) | CAUSE NO.  1:15-cr-00219-TWP-MJD |

**REPORT AND RECOMMENDATION**

On October 21, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 17, 2022. Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by Government represented by Barry Glickman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Katherine Votry-Kundich.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket No. 67.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance." On October 5, 2022, Mr. Douglas submitted to a routine drug screen, which returned positive for Fentanyl. When confronted with the result, Mr. Douglas admitted to taking a Vicodin, unprescribed to him, and indicated it may have been laced with Fentanyl. When asked if he was denying Fentanyl use, Mr. Douglas responded he was not denying use.<br><br>As previously reported to the Court, Mr. Douglas also tested positive for Fentanyl on March 30, 2022, April 13, 2022, and April 21, 2022. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended:

   a. to hold this matter under abeyance for 6 months with a status hearing set for 4/12/23, at 1:30 p.m. in room #238, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Magistrate Judge Tim A. Baker;

   b. Defendant remanded to custody of VOA with continued supervised release terms.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that this matter will be held under abeyance for 6 months with a status hearing set for 4/12/23, at 1:30 p.m. in room #238, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Magistrate Judge Tim A. Baker. The Magistrate Judge recommends placement at the VOA

with continued supervised release terms. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 10/24/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system